**SEALED**

FILED

| SEALED | UNITED STATES DISTRICT COURT |
|---|---|
| | WESTERN DISTRICT OF TEXAS |
| | SAN ANTONIO DIVISION |

2012 FEB -1  AM 10: 55

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
            DEPUTY CLERK

UNITED STATES OF AMERICA,     )   CRIMINAL NO. SA-12-CR-
                              )   SA12CR0064
          Plaintiff,          )   **INDICTMENT**
v.                            )
                              )   [Vio.: 21 U.S.C. § 841(a)(1)
APRIL PONCE,                  )   Possession With Intent to
                              )   Distribute Cocaine Base.]
          Defendant.          )

THE GRAND JURY CHARGES:

### COUNT ONE
### [21 U.S.C. § 841(a)(1)]

That on or about October 19, 2011, in the Western District of Texas, Defendant,

**APRIL PONCE,**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

                                    A TRUE BILL.

                                    _____
                                    FOREPERSON

ROBERT PITMAN
United States Attorney

By: _____
    CHARLIE STRAUSS
    Assistant United States Attorney

1